UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANGIE ESPINAL, on behalf of herself and all other persons similarly situated,

    Plaintiff,

v.

SPLINTEK INC.,

    Defendant.

No. 25-cv-2203 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 18, 2025, Plaintiff commenced this action. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve Defendant within 90 days, by June 16, 2025. To date, however, Plaintiff has not filed proof of service. No later than July 14, 2025, Plaintiff shall either file proof of service or provide good cause as to why Defendant has not been served.

SO ORDERED.

Dated:    July 7, 2025
              New York, New York

_____
Ronnie Abrams
United States District Judge