UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANGIE ESPINAL, on behalf of herself and all other persons similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>SPLINTEK INC.,<br><br>      Defendant. | No. 25-cv-2203 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On July 7, 2025, Plaintiff filed an affidavit of service stating that Defendant was served on May 28, 2025, Dkt. No. 10, which would mean Defendant's answer was due by June 18, 2025. To date, however, Defendant has not filed any answer, nor has Plaintiff requested entry of default. No later than July 30, 2025, Plaintiff shall commence default judgment procedures as specified in Attachment A to the Court's Individual Rules and Practices in Civil Cases, which is available at https://nysd.uscourts.gov/sites/default/files/practice_documents/RA%20Abrams%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases%20-%202025.04.17.pdf.

SO ORDERED.

Dated:  July 16, 2025
     New York, New York

                              _____
                              Ronnie Abrams
                              United States District Judge