UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANGIE ESPINAL, *on behalf of herself and all other persons similarly situated*,

        Plaintiff,

v.

SPLINTEK INC.,

        Defendant.

25-CV-2203 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On March 20, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Although Defendant waived service on May 28, 2025, the parties have still yet to file their joint letter.

The parties shall submit their joint letter no later than August 5, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 29, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge