UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FRANGIE ESPINAL, ON BEHALF OF : ECF CASE
HERSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
:  No.: 1:25-cv-2203
              Plaintiffs, :
:
       v. :
:
SPLINTEK INC., :
:
             Defendant. :
:
:
------------------------------------- x

## NOTICE OF SETTLEMENT

To The Honorable Court:

    The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
       September 17, 2025       Respectfully Submitted,

                                **GOTTLIEB & ASSOCIATES PLLC**
                                /s/ Michael A. LaBollita
                                Michael A. LaBollita, Esq.

                                Michael A. LaBollita (ML-9985)
                                Jeffrey M. Gottlieb (JG-7905)
                                Dana L. Gottlieb (DG-6151)
                                GOTTLIEB & ASSOCIATES PLLC
                                150 East 18th Street, Suite PHR
                                New York, New York 10003
                                Tel: 212.228.9795
                                Fax: 212.982.6284
                                Jeffrey@Gottlieb.legal
                                Dana@Gottlieb.legal
                                Michael@Gottlieb.legal
                                *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge