UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANGIE ESPINAL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

             Plaintiffs,

v.

SPLINTEK INC.,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-2203

**NOTICE OF VOLUNTARY DISMISSAL**

        Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, SPLINTEK INC.

Dated:   New York, New York
          Oct 4, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffry M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge